**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dontarion BRATTON, Defendant–Appellant.**

No. 09–12044
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2009.

Mary Erickson, Decatur, GA, for Appellant.

Jeffrey A. Brown, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Appellee.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Dontarion Bratton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bratton's conviction and sentence are **AFFIRMED.**